IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANK BENSON,** | No. CIV S-05-2022 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **EDWARD S. ALAMEIDA, Jr., et al.,** | |
| Respondents. | |

This Court considered Respondent's request for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for an extension of time is **GRANTED**; Respondent shall file an initial response by **March 29, 2006.**

Dated: February 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE