IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK BENSON,

    Petitioner,                    2:05-cv-2022-GEB-KJM-P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Respondents.               <u>ORDER</u>

_____/

        On December 20, 2006, the magistrate judge issued findings and recommendations, recommending that respondents' motion to dismiss be granted in part, but denied in part.

        On January 3, 2007, petitioner filed objections to the findings and recommendations; on January 9, 2007, respondents filed objections.

        On January 11, 2007, the court issued an order, adopting the findings and recommendations.  Both parties have filed motions for reconsideration of this order, suggesting that the court had not read their objections before issuing its order.  The court considered both parties' objections before ruling, even though respondents' objections were not referenced in the order.

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that the motions for reconsideration
2 | (dockets 17 & 20) are hereby denied.
3 | Dated:  April 4, 2007

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge