IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK BENSON,

      Petitioner,                     No. CIV S-05-2022 GEB KJM P

    vs.

EDWARD S. ALAMEIDA, et al.,

      Respondents.               ORDER

_____/

        On December 15, 2005, the court issued an order directing respondents to file either an answer or another response to the petition.  On March 28, 2006, respondents filed a motion to dismiss. On January 11, 2007, the district court adopted findings and recommendations and directed that the motion be granted as to the third issue in the petition, but denied as to the other two. On April 4, 2007, the district court denied both parties' motions for reconsideration.  Respondent has taken no further steps to file an answer, despite this court's original finding that petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved.  It is long past time for respondent to file an answer.  The answer should be accompanied by the transcript of the relevant parole hearing and any documents, reports or letters considered by the panel.

/////

1    IT IS HEREBY ORDERED that within thirty days of the date of this order,
2 respondent shall file an answer, along with all the materials considered by the board in
3 considering whether to fix a parole date for petitioner.
4 DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

8  2
9 bens2022.100(2)